COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Derek Thomas Baldit v. The State of Texas

Appellate case number: 01-16-00119-CR

Trial court case number: 2006621

Trial court: County Criminal Court at Law No. 7 of Harris County

On November 1, 2016, this case was reinstated following the filing of the sealed supplemental clerk's record in which the trial court, among other things, found that appellant was not indigent and further recommended reinstatement of this appeal with a November 11, 2016 deadline for appellant to retain counsel and appear on his behalf. This Court further ordered the appellant, Derek Thomas Baldit, either to retain counsel who shall file an appearance or else appellant shall request an extension of time to file a pro se appellant's brief by November 11, 2016. On November 14, 2016, Michael Corey Young filed a notice of appearance as appellant's counsel in this Court. The Clerk of this Court is **directed** to note Michael Corey Young as lead counsel for appellant and to remove Richard Oliver and appellant as counsel for appellant.

After the appellate record was completed in this Court on June 29, 2016, setting the appellant's brief initial deadline at July 29, 2016, this Court granted, in part, appellant's original counsel, Richard Oliver, one extension of time to file appellant's brief until August 29, 2016, before he moved to withdraw. Accordingly, appellant's brief is **ORDERED** to be filed no later than **30 days** of the date of this Order, **with no further extensions to be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 2, 38.6(a)(2). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
&boxtimes; Acting individually

Date: <u>November 29, 2016</u>